IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DR. DAVID L. BROUILLETTE, D.C., S.C., on behalf of plaintiff and the class defined below, | )<br>)<br>)<br>) |
| Plaintiff, | ) 16-CV-182-JPS<br>) |
| vs. | )<br>) |
| JEANA FLEITZ, LLC, and JOHN DOES 1-10, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Dr. David L. Brouillette, D.C., S.C. and Defendant Jeana Fleitz, LLC have resolved this matter on an individual basis. The parties are currently drafting the settlement documents and anticipate filing a stipulation of dismissal within the next 35 days.

Respectfully submitted by:

| | |
|---|---|
| s/ Heather Kolbus | s/ Janet P. Jakubowicz (w/ consent) |
| Daniel A. Edelman | Janet P. Jakubowicz |
| Heather Kolbus | BINGHAM GREENEBAUM DOLL LLP |
| 20 S. Clark Street, Suite 1500 | 3500 National City Tower |
| Chicago, IL 60603 | 101 South Fifth Street |
| (312) 739-4200 | Louisville, KY 40202 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |
| *Dr. David L. Brouillette, D.C., S.C.* | *Jeana Fleitz LLC* |

# CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on April 15, 2016, I caused a true and accurate copy of the forgoing document to be filed with the Court's CM/ECF system, which will send notification of such filing to the following:

Janet P. Jakubowicz (JJakubowicz@bgdlegal.com)
BINGHAM GREENEBAUM DOLL LLP
3500 National City tower
101 South Fifth Street
Louisville, KY 40202


s/ Heather Kolbus
Heather Kolbus


Daniel A. Edelman
Bar Number: 00712094
Heather Kolbus
Bar Number: 6278239
Attorneys for Plaintiff
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)