UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DR. DAVID L. BROUILLETTE, D.C., S.C.,

      Plaintiff,

v.

JEANA FLEITZ, LLC and
JOHN DOES 1-10,

      Defendants.

Case No. 16-CV-182-JPS

ORDER

---

  The plaintiff initiated this action on February 17, 2016. (Docket #1). On May 16, 2016, the plaintiff filed a Stipulation of Dismissal signed by all parties. (Docket #21).

  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

  Accordingly,

  IT IS ORDERED that the Stipulation of Dismissal (Docket #21) be and the same is hereby ADOPTED; this case be and the same is hereby DISMISSED with prejudice and without costs, expenses, and attorneys' fees to any party.

  Dated at Milwaukee, Wisconsin, this 25th day of May, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge